**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26148/0200635159

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Darrel L. Snider and Helen A. Snider<br>        Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage Inc., fka, Norwest Mortgage Inc., its successors and/or assigns<br>        Movant,<br>  vs.<br><br>Darrel L. Snider and Helen A. Snider, Debtors, Robert A. MacKenzie, Trustee.<br><br>        Respondents. | No. 2:09-bk-23491-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 28, 2005 and recorded in the office of the Gila County Recorder wherein Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage Inc., fka, Norwest Mortgage Inc., its successors and/or assigns is the current beneficiary and Darrel L. Snider and Helen A. Snider have an interest in, further described as:

That portion of Lot 26, MOGOLLON RIM ADDITION PLAT 3, Gila County Records Map No. 151, Gila County, Arizona, more particularly described as follows:

BEGINNING at a point South, a distance of 79.95 feet from the Northeast corner of said Lot 26;
THENCE continuing along the East line of said Lot 26, a distance of 20.00 feet to the Southeast corner of said Lot 26;
THENCE North 89 Degrees, 42 Minutes, 37 Seconds West along the South line of said Lot 26, a distance of 199.90 feet to the Southwest corner of said Lot 26;

THENCE North 00 Degrees, 06 Minutes, 34 Seconds West along the Westline of said Lot 26, a distance of 99.74 feet to the Northwest corner of said Lot 26;

THENCE South 89 Degrees, 46 Minutes, 23 Seconds East along the North line of said Lot 26, a distance of 75.11 feet to a point which bears North 89 Degrees 46 Feet 23 Inches West a distance of 124.98 feet from the Northeast corner of said Lot 26;
THENCE South parallel to the East line of said Lot 26, a distance of 79.82 feet;
THENCE South 89 Degrees, 42 Minutes, 37 Seconds East on a line 20.00 feel North and parallel to the South line of said Lot 26, a distance of 124.98 feet to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

…

…

…

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT